UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA WALL, | : | Civil No. 3:23-CV-00850 |
| Plaintiff, | : | |
| v. | : | |
| LELAND DUDEK,[1] | : | |
| Acting Commissioner of Social Security | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

# ORDER

**AND NOW**, this 3d day of April 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for the previously named defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).